## W. F. MORTON ET AL. v. BLADES LUMBER COMPANY ET AL.

(Filed 4 October, 1911.)

**Timber Interests—Period for Cutting.**

> Judgment below is affirmed, with the suggestion that the lower court fix the time within which the timber described in the judgment be removed, probably not to exceed twelve months from the beginning of the next civil term of that court.

RICHARDSON v. EDWARDS.

APPEAL by defendant, Mollie E. Morton, from *Ward, J.*, at the November Term of CRAVEN.

*W. D. McIver* for appellant.
*Guion & Guion* and *Moore & Dunn* for appellee.

PER CURIAM. This case is reported in 154 N. C., 337. When our opinion was certified down, his Honor, *Judge Ferguson*, rendered a final judgment, to which the defendant Mollie E. Morton excepted and from which she appealed.

We are of opinion that the judgment is strictly in accord with the opinion of this Court, but we suggest that the court fix a time within which the timber described in the judgment be removed, which should not exceed probably twelve months from the beginning of the next civil term of the Superior Court of Craven County.

Let the costs of this appeal be taxed against defendant Mollie E. Morton.

Affirmed.